IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PEDRO MEDEROS, on behalf of himself and others similarly situated, | : <br> : No. 1:23-cv-21282-JEM <br> : |
| Plaintiff, | : <br> : **CLASS ACTION** |
| v. | : <br> : |
| PACIFIC GREEN ENERGY, LLC, | : <br> : |
| Defendant. | : <br> : <br> / |

## NOTICE OF SETTLEMENT

Plaintiff Pedro Mederos and Defendant Pacific Green Energy, LLC hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: October 4, 2023             Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative classes*

By:/s/ Euyelit Adriana Kostencki
Euyelit Adriana Kostencki
Florida Bar No. 84507

        akostencki@exorolaw.com
        Matthew S. Nelles, Of Counsel
        Florida Bar No.: 009245
        mnelles@exorolaw.com
        EXORO LAW PLLC
        101 Northeast Third Ave., Suite 1500
        Ft. Lauderdale, FL 33301
        T: 954-947-0050
        Eservice: paralegal@exorolaw.com

        *Attorneys for Defendant*